[Nos. 36881-1-II; 38352-7-II. Division Two. March 31, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID W. THOMPSON, *Appellant*.

*In the Matter of the Personal Restraint of* DAVID W. THOMPSON, *Petitioner*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 07-1-00067-7, Gordon Godfrey, J., entered October 8, 2007, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Houghton, J.

[No. 36917-6-II. Division Two. March 31, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR DECKMAN WATSON III, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-1-00142-9, Anne Hirsch, J., entered October 29, 2007. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, A.C.J., and Quinn-Brintnall, J.

[No. 37023-9-II. Division Two. March 31, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DANNY LEE SEPPA, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00507-7, James J. Stonier, J. Pro Tem., entered November 26, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Houghton, J.